UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WLODZIMIERZ LUKASIK,

      Plaintiff,

Case No. 1:06-CV-280

v.

Hon. Richard Alan Enslen

MARY HOLLINRAKE, *et al.*,

      Defendants.

**ORDER**

_____/

      Plaintiff Wlodzimierz Lukasik has filed a *pro se* motion titled "Motion for Criminal Investigation." The Motion asks this Court to direct the Federal Bureau of Investigation to investigate matters (the alleged filing of fraudulent papers) in the state court before whom Plaintiff's divorce/child custody matter is pending. Although the Court does believe that it has some inherent authority to request the Federal Bureau of Investigation to investigate suspected federal crimes, *see, e.g., Remmer v. United States,* 347 U.S. 227, 229-30 (1954), the instant record does not present circumstances warranting the use of such authority, especially since the matters at issue appear related predominately, if not entirely, to matters of state law.

      **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Wlodzimierz Lukasik's Motion for Criminal Investigation (Dkt. No. 23) is **DENIED**.

DATED in Kalamazoo, MI:
    June 12, 2006

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE